**STATE of Missouri, Respondent,**

v.

**Lewis V. HENDREN, Appellant.**

**No. WD 37483.**

Missouri Court of Appeals, Western District.

May 13, 1986.

Syd Weybrew, Public Defender, Gallatin, for appellant.

Richard L. Parker, Pros. Atty., Bethany, for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from conviction after bench trial of driving while intoxicated, Section 577.-010, RSMo Supp.1984, fine of $200 plus costs, and sentence to ten days in jail, sentence suspended and defendant placed on probation for a term of one year.

Judgment affirmed. Rule 30.25(b).